

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00496-CR

Jamila Rene **CORTES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7659
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 6, 2024.

_____
Beth Watkins, Justice